**Marc Charles DAWSON, Plaintiff—Appellant,**

v.

**S. LATHAM; et al., Defendants—Appellees.**

**No. 09–17255.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 19, 2010.*

Filed Oct. 29, 2010.

Marc Charles Dawson, Coalinga, CA, pro se.

Harry T. Gower, III, AGCA–Office of the California Attorney General, San Francisco, CA, for Defendants–Appellees.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

MEMORANDUM **

Marc Charles Dawson, a California state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment because Dawson failed to raise a triable issue as to whether defendants' treatment of his symptoms after he was inadvertently administered one dose of unknown medication constituted deliberate indifference. *See id.* at 1057–60 (a prison official acts with deliberate indifference only if he knows of and disregards an excessive risk to inmate health, and a difference of opinion concerning the appropriate course of treatment generally does not amount to deliberate indifference); *Hallett v. Morgan*, 296 F.3d 732, 746 (9th Cir. 2002) (where a prisoner is alleging that delay of medical treatment evinces deliberate indifference, he must show that the delay led to further injury).

Dawson's remaining contentions are unpersuasive.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.